# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 11-01117 JVS (RNBx) | Date | September 30, 2011 |
| Title | Peter P. Fay, et al. V. Wells Fargo Bank, N.A. | | |

| | |
|---|---|
| Present: The Honorable | James V. Selna |

| | |
|---|---|
| Karla Tunis | None Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None Present | None Present |

**Proceedings:**   (In Chambers)  Order to Show Cause re Dismissal for Lack of Prosecution

    **On September 6, 2011, the Court granted defendant's motion to dismiss. Plaintiff was granted 20 days to amend the complaint.    As of today, an amended complaint has not been filed.**

    **The Court hereby ORDERS plaintiff to show cause, in writing, not later than October 17, 2011,  why this action should not be dismissed for lack of prosecution. The filing of an amended complaint shall be deemed a response to this Order to Show Cause.**

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |